## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

_____

FREDERICK YOUNG,

       Plaintiff,

  v.                                                                   Case No. 06-C-0606

MILWAUKEE COUNTY, and
WILLIAM J. DOMINA,

       Defendants.

_____

## ORDER

On October 26, 2007, the defendants filed a motion for summary judgment. To date, *pro se* plaintiff Frederick Young has not responded to the defendants' motion nor has he requested more time to respond to the defendants' motion. Earlier in this action, the plaintiff demonstrated a similar lack of diligence by failing to respond to the defendants' motion to dismiss. (*See* Order, Sept. 19, 2006.) Given the plaintiff's continued lack of diligence and the several months of inactivity in this case, the court will dismiss this action for lack of diligence. *See* Civil L.R. 41.3 ("Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party can petition for reinstatement of the action within 20 days."). Because the defendant invested significant time and effort defending this action, the court will dismiss this action with prejudice. Should the plaintiff move for reinstatement, he shall also file a response to the defendants' motion for summary judgment.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED** with prejudice for lack of diligence pursuant to Civil L.R. 41.3.  The plaintiff may petition for reinstatement of the action within 20 days.

The clerk of court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 22nd day of January, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

2

Case 2:06-cv-00606-JPS   Filed 01/22/08   Page 2 of 2   Document 51